# ALLONGE TO THE PROMISSORY NOTE

Loan #: 7810367054

Borrower (S): Tonyett H Butler
Christopher L Butler

Property: 5804 Waterford Landing Ct.
Raleigh, NC 27610

Loan amount: $ 149,441.00

Without Recourse, Pay to the Order of

US Bank N.A.

Its Successors And/Or Assigns As Their Interest May Appear.

From: National Mortgage Access, Inc.

BY: David Tyndall
Typed Name: David Tyndall
Title: Asst VP

*[Corporate seal: NATIONAL MORTGAGE ACCESS, INC. CORPORATE SEAL 1998]*

DDS-ALR

EX "D"